IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT JEFFREY MELNICK,

        Plaintiff,

v.

TEMPLE BETH EL,

        Defendant.

CIVIL ACTION
NO. 14-3207

## ORDER

**AND NOW**, this 28th day of January, 2015, upon a review of the complaint in this matter, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, and the Clerk shall mark the case closed.

**IT IS FURTHER ORDERED** that no further pleadings shall be docketed or filing fees accepted from Plaintiff in this matter without prior approval of the undersigned.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.